ALEXANDER P. MACAULEY, Appellant, *v.* THEODORE B.
STARR, INC., Respondent.

*Malicious prosecution — insufficiency of evidence to connect defendant
with instigation or continuance of prosecution.*

*Macauley* v. *Starr, Inc.*, 194 App. Div. 643, affirmed.
(Argued March 20, 1922; decided April 25, 1922.)

APPEAL from a judgment, entered February 3, 1921,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint in an action for
malicious prosecution. The complaint alleged that on
January 3, 1917, the defendant authorized and directed
certain of its employees to appear before the district
attorney of New York county, and a grand jury, and
there complain against the plaintiff, as a result of which
the plaintiff was indicted for forgery; that thereafter the
defendant procured the plaintiff's arrest in St. Louis, Mo.,
upon this charge, as a result of which he was held there
pending action upon an extradition application; that on
January twenty-fifth the defendant caused and permitted
one of its employees to testify before the governor of
Missouri, in extradition proceedings, that the plaintiff
was guilty of the crime; that as a result of this testimony
the plaintiff was extradited and compelled to give bail in
the New York court; that on April 4, 1917, the defendant
again charged the plaintiff with the crime, and caused
its employees again to testify before the grand jury, in
consequence of which a superseding indictment was found;
that after various depositions had been taken in the
criminal case, the indictment was dismissed on the
recommendation of the district attorney. The Appellate
Division held that, on the evidence, plaintiff had failed to
connect the defendant with the instigation or continuance
of any malicious prosecution.

*Terence J. McManus, William M. K. Olcott* and *Nathan
Ballin* for appellant.

*Martin W. Littleton, William A. Moore* and *John H. Jackson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN and CRANE, JJ. Dissenting: HOGAN and ANDREWS, JJ.